# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
*6-Nov-2023*

*Customer*
SUZY JO DONUTS ROYERSFORD
301 NORTH LEWIS ROAD
LIMERICK, PA  19468

| Account# | Total Due | Current |
|---|---|---|
| 2165 | $5,837.96 | $2,853.94 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,567.84 | $0.00 | $1,416.18 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2033029 | 15-Aug-23 | **15-Aug-23** | IN | $828.48 | **$828.48** | Delinquent | |
| 2033270 | 31-Aug-23 | **31-Aug-23** | IN | $587.70 | **$587.70** | Delinquent | |
| 2033584 | 22-Sep-23 | **22-Sep-23** | IN | $715.53 | **$715.53** | Delinquent | |
| 2033792 | 4-Oct-23 | **4-Oct-23** | IN | $852.31 | **$852.31** | Delinquent | |
| 2033818 | 6-Oct-23 | **6-Oct-23** | IN | $129.90 | **$129.90** | Current | |
| 2033694 | 16-Oct-23 | **16-Oct-23** | IN | $673.27 | **$673.27** | Current | |
| 2033928 | 19-Oct-23 | **19-Oct-23** | IN | $645.72 | **$645.72** | Current | |
| 2033946 | 19-Oct-23 | **19-Oct-23** | IN | $113.40 | **$113.40** | Current | |
| 2033993 | 27-Oct-23 | **27-Oct-23** | IN | $1,291.65 | **$1,291.65** | Current | |



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*6-Nov-2023*

**Customer**

SUZY JO DONUTS NORRITON
205 WEST GERMANTOWN PIKE

EAST NORRITON, PA  19401

| Account# | Total Due | Current |
|---|---|---|
| 2153 | $4,762.00 | $2,623.00 |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
|---|---|---|---|---|
| $723.63 | $756.01 | $659.36 | $0.00 | $0.00 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| OP3523 | 17-Jul-23 | **17-Jul-23** | OP | ($88.50) | **($88.50)** | Credit | |
| 2033157 | 23-Aug-23 | **23-Aug-23** | IN | $659.36 | **$659.36** | Delinquent | |
| 2033476 | 13-Sep-23 | **13-Sep-23** | IN | $756.01 | **$756.01** | Delinquent | |
| 2033693 | 27-Sep-23 | **27-Sep-23** | IN | $723.63 | **$723.63** | Delinquent | |
| 2033870 | 11-Oct-23 | **11-Oct-23** | IN | $695.81 | **$695.81** | Current | |
| 2033927 | 18-Oct-23 | **18-Oct-23** | IN | $714.54 | **$714.54** | Current | |
| 2033992 | 27-Oct-23 | **27-Oct-23** | IN | $1,301.15 | **$1,301.15** | Current | |