# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri-State Paper, Inc. | CASE NO: 23-13237-pmm |
| Tri-State Paper, Inc.,<br>v.<br>Raymond V. Barkmeyer, et al. | ADVERSARY CASE NO: 23-00072-pmm<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 2 |

On 11/7/2023, I did cause a copy of the following documents, described below,

Summons ECF Docket Reference No. 2

Complaint 1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/7/2023

/s/ Michael A. Cibik
Michael A. Cibik  23110
Attorney for DebtorCibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215 735 1060

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri-State Paper, Inc. | CASE NO: 23-13237-pmm |
| | ADVERSARY CASE NO: 23-00072-pmm |
| Tri-State Paper, Inc., | |
| v. | **CERTIFICATE OF SERVICE** |
| Raymond V. Barkmeyer, et al. | Chapter: 11 |
| | ECF Docket Reference No. 2 |

On 11/7/2023, a copy of the following documents, described below,
Summons ECF Docket Reference No. 2

Complaint 1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/7/2023

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
JOANNE E. BARKMEYER
SUZY-JO DO-NUT SHOP
49 E. 4TH STREET
BRIDGEPORT PA 19405

FIRST CLASS
LYNNE ANNE BARKMEYER
SUZY-JO DO-NUT SHOP
49 E. 4TH STREET
BRIDGEPORT PA 19405

FIRST CLASS
RAYMOND V. BARKMEYER
SUZY-JO DO-NUT SHOP
49 E. 4TH STREET
BRIDGEPORT PA 19405

FIRST CLASS
AMY VOLPE
SUZY-JO DO-NUT SHOP
49 E. 4TH STREET
BRIDGEPORT PA 19405

FIRST CLASS
MICHAEL VOLPE
SUZY-JO DO-NUT SHOP
49 E. 4TH STREET
BRIDGEPORT PA 19405