

**INDADO INC.**
**t/a SUZY-JO DONUTS**
**49 E. FOURTH ST.**
**BRIDGEPORT, PA 19405**
**610-279-1350**

November 27, 2023

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

To
Timothy B. McGrath
Clerk of Court

In response to the summons that we received concerning Tri-State Paper, Inc. case no. 23-13237, we are duly responsible and accountable for all the invoices in Exhibit A.

However, we are requesting that the courts and Tr-State Paper would grant us the ability to pay the due amount of $10,599.96 in 4 monthly installments of $2649.99.

Also, be it known that Lynne Anne Barkmeyer is no longer with our company. She resigned in January 1,2007.

Sincerely,

*Raymond Barkmeyer*

Raymond Barkmeyer
President

FILED
NOV 29 2023
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK