# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |
| Tri-State Paper, Inc., | Adversary No. 23-00072-pmm |
| Plaintiff, | |
| v. | |
| Raymond V. Barkmeyer<br>*dba Suzy-Jo Do-Nut Shop*, | |
| Amy Volpe<br>*dba Suzy-Jo Do-Nut Shop*, | |
| Joanne E. Barkmeyer<br>*dba Suzy-Jo Do-Nut Shop*, | |
| Michael Volpe<br>*dba Suzy-Jo Do-Nut Shop*, | |
| Defendants. | |

**Notice of Voluntary Dismissal as to Defendant Lynne Anne Barkmeyer**

Pursuant to Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041, Plaintiff Tri-State Paper, Inc., by and through its attorney, hereby gives notice that all claims against Defendant Lynne Anne Barkmeyer in the above-captioned action are voluntarily dismissed without prejudice. The Plaintiff does not dismiss any claims against any other Defendants.

Date: November 30, 2023

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael A. Cibik
Michael A. Cibik (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com