**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0072 (PMM) |
| v. | : | |
| Raymond V. Barkmeyer, Amy Volpe, Joanne E. Barkmeyer, and Michael Volpe, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 6, 2023;

**AND** Defendant Raymond Barkmeyer having filed a letter response to the Complaint on November 29, 2023;

**AND** the letter appearing to admit liability;

**AND**, following Plaintiff's counsel informing the Court that this matter had been settled, an Order having been entered on January 29, 2024 requiring a stipulation or motion to be filed on or before February 12, 2024 (doc. #11);

**BUT**, despite the active participation of one or more Defendants, the Plaintiff now seeking an entry of default with regard to all Defendants (doc. #13);

It is therefore hereby **ORDERED** that a hearing with regard to the status of this Adversary Proceeding will be held on **Wednesday, February 28, 2024 at 9:30 a.m.** The hearing will be held via Zoom Teleconference:

https://www.zoomgov.com/j/1603787929?pwd=WUY3ZGEwRDgyMDgwUVRqdU9yYWI1QT09

Meeting ID: 160 378 7929
Passcode: 451547

Date:  2/15/24

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**