United States Bankruptcy Court

Eastern District of Pennsylvania

Tri-State Paper, Inc.,
    Plaintiff

Adv. Proc. No. 23-00072-pmm

Barkmeyer,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2024      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Volpe, 49 E. 4th Street, Bridgeport, PA 19405-1419 |
| dft | + | Joanne E. Barkmeyer, 49 E. 4th Street, Bridgeport, PA 19405-1419 |
| dft | + | Michael Volpe, 49 E. 4th Street, Bridgeport, PA 19405-1419 |
| dft | + | Raymond V. Barkmeyer, 49 E. 4th Street, Bridgeport, PA 19405-1419 |
| pla | | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 16 2024 00:21:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024      Signature:      /s/Gustava Winters

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 15, 2024 Form ID: pdf900 Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| _____ : | | |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0072 (PMM) |
| v. | : | |
| Raymond V. Barkmeyer, Amy Volpe, Joanne E. Barkmeyer, and Michael Volpe, | : | |
| Defendants. | : | |
| _____ : | | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 6, 2023;

**AND** Defendant Raymond Barkmeyer having filed a letter response to the Complaint on November 29, 2023;

**AND** the letter appearing to admit liability;

**AND**, following Plaintiff's counsel informing the Court that this matter had been settled, an Order having been entered on January 29, 2024 requiring a stipulation or motion to be filed on or before February 12, 2024 (doc. #11);

**BUT**, despite the active participation of one or more Defendants, the Plaintiff now seeking an entry of default with regard to all Defendants (doc. #13);

It is therefore hereby **ORDERED** that a hearing with regard to the status of this Adversary Proceeding will be held on **Wednesday, February 28, 2024 at 9:30 a.m.** The hearing will be held via Zoom Teleconference:

https://www.zoomgov.com/j/1603787929?pwd=WUY3ZGEwRDgyMDgwUVRqdU9yYWI1QT09

Meeting ID: 160 378 7929
Passcode: 451547

Date:  2/15/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**