# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0072 (PMM) |
| v. | : | |
| Raymond Barkmeyer, Amy Volpe, Joanne E. Barkmeyer, and Michael Volpe, | : | |
| Defendants. | : | |

## ORDER DISMISSING ADVERSARY PROCEEDING

**AND NOW,** the Court having entered an Order on March 13, 2024 setting a deadline of April 12, 2024 for the Plaintiff to file a consensual dismissal of this Adversary Proceeding;

AND no such dismissal having been filed;

AND the Plaintiff having failed to take any further action with regard to this Adversary Proceeding;

It is hereby **ordered** that this Adversary Proceeding is **dismissed with prejudice**.

Date:  4/16/24

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**